UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RANDY LANGHAMER, DEBRA LANGHAMER, and TERRI WELLER,

    Plaintiffs,

v.

RALPH C. JOHNSON, AMERICAN GROWTH FUNDING II, LLC, PROPELLUS FINANCIAL SERVICES, INC. and PROPELLUS, INC.,

    Defendants.

Case No. 22-cv-05404-ER

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

---

NOTICE is hereby given that, subject to approval by the Court, Plaintiffs Randy Langhamer, Debra Langhamer and Terri Weller substitute Jeffrey M. Haber, State Bar No. 2226108, as counsel of record in place of William Paul Nolan.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Freiberger Haber LLP |
| Address: | 425 Broadhollow Rd. Suite 417, Melville, N.Y. 11747 |
| Telephone: | (631) 282-8985 |
| Facsimile: | (631) 390-6944 |
| E-Mail (Optional): | jhaber@fhnylaw.com |

I consent to the above substitution.

Date: September 6, 2022

/s/ Randy Langhamer

Date: September 6, 2022

/s/ Debra Langhamer

Date: September __, 2022

_____
Terri Weller

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RANDY LANGHAMER, DEBRA LANGHAMER,
and TERRI WELLER,

                      Plaintiffs,

v.

RALPH C. JOHNSON, AMERICAN GROWTH
FUNDING II, LLC, PROPELLUS FINANCIAL
SERVICES, INC. and PROPELLUS, INC.,

                      Defendants.

Case No. 22-cv-05404-ER

**CONSENT ORDER
GRANTING SUBSTITUTION
OF ATTORNEY**

---

NOTICE is hereby given that, subject to approval by the Court, Plaintiffs Randy Langhamer, Debra Langhamer and Terri Weller substitute Jeffrey M. Haber, State Bar No. 2226108, as counsel of record in place of William Paul Nolan.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Freiberger Haber LLP |
| Address: | 425 Broadhollow Rd. Suite 417, Melville, N.Y. 11747 |
| Telephone: | (631) 282-8985 |
| Facsimile: | (631) 390-6944 |
| E-Mail (Optional): | jhaber@fhnylaw.com |

I consent to the above substitution.

Date: September ___, 2022

                                                                _____
                                                                Randy Langhamer

Date: September ___, 2022

                                                                 _____
                                                                 Debra Langhamer

Date: September _6_, 2022

                                                                 */s/ Terri Weller*
                                                                Terri Weller

I consent to being substituted.

Date: September __, 2022

_____
William Paul Nolan (WN-8292)

I consent to the above substitution.

Date: September 6, 2022

_____/s/ *Jeffrey M. Haber*_____
Jeffrey M. Haber (JH-1738)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 14, 2022

_____
Hon. Edgardo Ramos