```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RANDY LANGHAMER, et al.,

                              Plaintiffs,

      -against-

RALPH C JOHNSON, et al.,

                             Defendants.
-----------------------------------------------------------------X

22-CV-05404(JLR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On Wednesday, November 1, 2023, the Honorable Jennifer L. Rochon assigned this matter to my docket for settlement. The parties are directed to contact Courtroom Deputy Diljah Shaw with all parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, by November 8, 2023, to schedule a settlement conference. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      November 1, 2023
                New York, New York