UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDY LANGHAMER et al., <br><br> Plaintiffs, <br><br> -against- <br><br> RALPH C. JOHNSON et al., <br><br> Defendants. | Case No. 1:22-cv-05404 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The deadline to complete expert discovery shall be extended until December 18, 2024, to allow Defendants to take a deposition of Plaintiffs' accounting expert, Michael S. Brown. The post-discovery pre-motion conference scheduled for December 11, 2024 shall be adjourned until January 8, 2025, at 9:00 a.m. at which time the Court will discuss the proposed summary judgment and/or *Daubert* motions. The conference shall be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831; Access Code: 5583342. Timing for pre-trial submissions and trial will be discussed at the January 8, 2025 conference.

The Clerk of Court is respectfully requested to terminate Dkts. 106, 107, and 108.

Dated: December 5, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1