UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY LANGHAMER, et al.,

              Plaintiffs,

-against-

AMERICAN GROWTH FUNDING II, LLC, et al.,

              Defendants.

Case No. 1:22-cv-05404 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court will hear oral argument on Defendants' summary judgment and *Daubert* motions on **January 5, 2026**, at **10:00 a.m.**, in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: December 18, 2025
      New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge