UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY LANGHAMER, et al.,

                    Plaintiffs,

          -against-

AMERICAN GROWTH FUNDING II, LLC,
et al.,

                    Defendants.

Case No. 1:22-cv-05404 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record after the parties' oral argument on January 12, 2026, the Propellus Defendants' motion for summary judgment is DENIED, and the Propellus Defendants' *Daubert* motion is GRANTED in part and DENIED in part.  The Clerk of Court is respectfully directed to terminate the motions at Dkt. 120 and 123.

Trial in this matter shall commence on **May 11, 2026**.  The final pretrial conference will be held on **April 28, 2026**, at **10:00 a.m.**, in Courtroom 20B of the United States District Court at 500 Pearl Street, New York, New York 10007.  The parties' pretrial submissions are due by **March 11, 2026**, and oppositions to any motions in limine are due by **March 18, 2026**.

Dated: January 12, 2026
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge