UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY LANGHAMER, et al.,

                        Plaintiffs,

        -against-

RALPH C. JOHNSON, et al.,

                        Defendants.

Case No. 1:22-cv-05404 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As discussed on the record on April 28, 2026, the parties shall submit updated proposed findings of fact and conclusions of law after the trial, on **May 22, 2026**.  The parties shall appear for oral argument and closing statements on **May 29, 2026**, at **10:00 a.m.**

Dated:  April 28, 2026
        New York, New York

                                SO ORDERED.

                                _____
                                JENNIFER L. ROCHON
                                United States District Judge